# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13766

_____

CMYK ENTERPRISES, INC.,

        Plaintiff-Cross-Defendant-Counter Defendant-Appellant,

*versus*

ADVANCED PRINT TECHNOLOGIES, LLC,
FRANK FRUCIANO,

        Defendants-Counter Claimants-Appellees,

ACCESSGROUP INTERNATIONAL, LLC,

        Defendant-Cross Claimant-Counter Claimant-Appellee,

CLYDE B. TILLMAN,

Defendant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:19-cv-01132-LMM

_____

ORDER:

Appellant's "Motion to File Replacement Brief" is GRANTED.

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE